In the Matter of the Claim of LUIS TRILLAS, Respondent, against WEIMET FILM CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued November 23, 1953; decided February 25, 1954.

*John M. Cullen* for Special Disability Fund, appellant.

*John Nielsen* and *John P. Smith* for Weimet Film Co., Inc., and another, appellants.

*Abraham Markhoff* for claimant-respondent.

Order affirmed, with costs, and order absolute directed against appellants upon the stipulation and matter remitted to Workmen's Compensation Board with directions to make an award in favor of claimant.

Concur: LEWIS, Ch. J., CONWAY, DYE and FROESSEL, JJ. DESMOND, FULD and VAN VOORHIS, JJ., dissent and vote to reverse the order and to reinstate the determination of the Workmen's Compensation Board dismissing the claim, upon the ground that there was substantial evidence to sustain the board's decision that claimant suffered at most an eye injury, where, from a compensation standpoint, he was totally and permanently blind before the accident.